UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

JAIME SANTILLANO,

                Defendant.

[~~PROPOSED~~] ORDER

S1 21 Cr. 133 (VM)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/27/2021

WHEREAS, with the defendant's consent, his guilty plea allocution was made before United States Magistrate Judge Gabriel W. Gorenstein on July 12, 2021;

WHEREAS, a transcript of the plea allocution was made and thereafter was transmitted to the District Court;

WHEREAS, upon review of the transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated: New York, New York
       July  27 , 2021

_____
Victor Marrero
U.S.D.J.