```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/27/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------X
UNITED STATES OF AMERICA,           :     **21 CR 133 (VM)**
                                    :
        -against-                   :
                                    :     **ORDER**
JAIME SANTILLIANO,                  :
                                    :
                Defendant.          :
-----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the sentencing of the above-named defendant will be rescheduled from October 22 to Friday, December 3, 2021 at 12:00 PM.

**SO ORDERED:**

Dated:   New York, New York
         27 September 2021

_____
Victor Marrero
U.S.D.J.