**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,         :     **21 CR 133 (VM)**
                                  :
        -against-                 :
                                  :     **ORDER**
JAIME SANTILLIANO,                :
                                  :
              Defendant.          :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

Counsel for Defendant, with no objection from the Government, requests that the sentencing conference scheduled for December 3, 2021 be rescheduled. (See Dkt. No. 129.)

It is hereby ordered that the sentencing of the above-named defendant will be rescheduled from December 3 to Friday, January 21, 2022 at 12:00 PM.

**SO ORDERED:**

Dated:   New York, New York
         18 November 2021

                                        _____
                                        Victor Marrero
                                        U.S.D.J.