```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA,          :
                                   :     21 CR 133 (VM)
        -against-                  :
                                   :     ORDER
JAIME SANTILLIANO,                 :
                                   :
                    Defendant.     :
----------------------------------X
```

**VICTOR MARRERO, U.S.D.J.:**

Counsel for Defendant, with no objection from the Government, requests by email to Chambers that the sentencing conference scheduled for January 21, 2022 be adjourned for two weeks. It is hereby ordered that the sentencing of the above-named defendant be rescheduled from January 21 to February 4, 2022 at 11:00 AM.

In light of the ongoing public health crisis, the sentencing conference scheduled for February 4, 2022 shall be a teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 839-2198.

**SO ORDERED:**

Dated:   New York, New York
         11 January 2022

_____
Victor Marrero
U.S.D.J.